IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, *Plaintiff,* vs. INDRA ENERGY BUSINESS IL,LLC, PALMCO POWER IL, LLC, PALMCO ADMINISTRATION, LLC, ROBERT PALMESE, CHRISTINA PALMESE, RONALD PALMESE JR, AND STEPHEN PALMESE *Defendants*. | Case No. 1:23-cv-04192 Judge Robert Blakey Magistrate Judge Beth W. Jantz |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jorge Alejandro Rojas files this notice, informing the Court that he is dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

Dated: September 5, 2023

/s/ *Jorge Alejandro Rojas*

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

Plaintiff will e-mail a copy of this filing to counsel for Defendants, consent to do so which was obtained.

*/s/ Jorge Alejandro Rojas*

1